# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDA GAMES, ET AL., </br></br>              Plaintiff, </br></br>       v. </br></br> PEOPLE OF THE UNITED STATES OF AMERICA; PEOPLE OF THE STATE OF CALIFORNIA; TODD SHIPYARD; ET AL., </br></br>              Defendants. | Case No. CV 08-0027-JFW (JTL) </br></br> ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that judgment be entered dismissing this action without prejudice for failure to prosecute.

DATED:  9/23/2008

/s/
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE