UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDA GAMES, ET AL., | Case No. CV 08-0027-JFW (JTL) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| PEOPLE OF THE UNITED STATES OF AMERICA; PEOPLE OF THE STATE OF CALIFORNIA; TODD SHIPYARD; ET AL., | |
| Defendants. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED:  9/23/2008

/s/
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2